JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

GUADALUPE HERNANDEZ RODRIGUEZ,

Plaintiff,

vs.

BANK OF AMERICA, N.A.,

Defendant.

Case No. 5:25-cv-00375-JGB-SP
*Hon. Jesus G. Bernal, Ctrm. 1*

**ORDER GRANTING DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)(A)(ii)**

Action Filed: 02/10/2025

Based upon the parties' stipulation, and good cause, this Court hereby orders this action dismissed in its entirety and *with prejudice*. Each party to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: June 17, 2026

The Honorable Jesus G. Bernal
District Judge

CORE/3547001.0912/244763177.1

Case No. 5:25-cv-00375-JGB-SP

[PROPOSED] ORDER GRANTING DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)(A)